DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00229 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; [PROPOSED] ORDER |
| v. | |
| DAVID BAILEY, | Date: October 10, 2008 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing in the above-referenced matter now set for August 22, 2008, may be continued to October 10, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant because although counsel is advised a Presentence Investigation Report has been prepared in this matter and the probation officer states a copy was, in fact, provided to counsel, counsel did not receive the copy and has not yet reviewed the report, and she will need time to obtain a copy of the report and review it with defendant, as well as file any appropriate and necessary objections on defendant's behalf prior to the sentencing hearing. Assistant United States Attorney Kevin Rooney has no objection to the continuance, but due to his schedule he will not be available for hearing in this matter during the month of September. Therefore the parties request that the hearing be set out to October 10, 2008. The requested continuance will conserve time and resources for all parties and the court.

1 | Exclusion of time to complete sentencing is not required.

2 | McGREGOR W. SCOTT
United States Attorney

3 |

4 | DATED: August 20, 2008      By: /s/ Kevin P. Rooney
KEVIN P. ROONEY

5 | Assistant United States Attorney
Attorney for Plaintiff

6 |

7 | DANIEL J. BRODERICK
Federal Public Defender

8 |

9 | DATED: July 16, 2008      By: /s/ Francine Zepeda
FRANCINE ZEPEDA

10 | Assistant Federal Defender
Attorneys for Defendant

11 | TINSLEY FAGAN

12 |

13 | **O R D E R**

14 | GOOD CAUSE EXISTS, AND THE STIPULATED CONTINUANCE IS GRANTED.

15 |

16 | IT IS SO ORDERED.

17 | **Dated: August 20, 2008**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

18 |

Stipulation to Continue Sentencing
Hearing; [Proposed] Order      -2-