1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-00229 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING ) SCHEDULE AND HEARING;  ORDER |
| v. | ) |
| DAVID BAILEY, | ) Date:  November 7, 2008 ) Time:  9:00 A.M. ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing in the above-referenced matter now set for October 10, 2008, may be continued to November 7, 2008 at 9:00 A.M.**

This continuance is requested by counsel for Defendant.  Counsel for defendant needs additional time to prepare a sentencing memorandum in this matter.  Counsel needs two additional weeks to prepare this memorandum and the government would need a week to respond if necessary.  Additionally, counsel for defendant will be attending a seminar on October 31 and November 1, 2008, and would not be available on the court's next available date.  Assistant United States Attorney Kevin Rooney has no objection to the continuance.  Therefore the parties request that the hearing be set out to November 7, 2008.

///

///

1 | Exclusion of time to complete sentencing is not required.

2 |                                        McGREGOR W. SCOTT
                                          United States Attorney
3 |

4 | DATED: October 6, 2008              By: /s/ Kevin P. Rooney
                                          KEVIN P. ROONEY
5 |                                        Assistant United States Attorney
                                          Attorney for Plaintiff
6 |

7 |                                        DANIEL J. BRODERICK
                                          Federal Public Defender
8 |

9 | DATED: October 6, 2008              By: /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
10 |                                       Assistant Federal Defender
                                          Attorneys for Defendant
11 |                                       DAVID BAILEY

12 |

13 | **O R D E R**

14 | Good cause exists to continue the sentencing.  The stipulation is granted.

15 |

IT IS SO ORDERED.

16 |

**Dated:   October 6, 2008**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
17 |

18 |

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                 -2-