DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID BAILEY,<br><br>　　　　　Defendant. | NO. 1:07-cr-00229 LJO<br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING;  ORDER<br><br>Date:  November 21, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing in the above-referenced matter now set for November 7, 2008, may be continued to November 21, 2008 at 9:00 A.M.**

This continuance is requested by counsel for both parties.  Counsel for the government will not be available as he is out of town at a work-related meeting.  Government's counsel needs to appear for sentencing on this particular case based on its unique circumstances.  Additionally, counsel for defendant filed a sentencing memorandum on November 4, 2008, and counsel for the government needs additional time to review this memorandum.  The next available date for both parties is November 21, 2008.  Therefore the parties request that the hearing be set out to November 21, 2008.

///

///

Exclusion of time to complete sentencing is not required.

                                                McGREGOR W. SCOTT
United States Attorney

DATED:  November 5, 2008                By:  /s/  Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: November 5, 2008                 By:   /s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
DAVID BAILEY

**O R D E R**

IT IS SO ORDERED.

**Dated:   November 5, 2008**                /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                      -2-